11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Mallory Paige Meeks,

Vs. No. 11-13-00016-CR

The State of Texas,

* From the 29th District
Court of Palo Pinto County,
Trial Court No. 14240.

* August 30, 2013

* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has considered Mallory Paige Meeks's motion to dismiss her appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.